# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| SATA GMBH & CO. KG, | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02544-JCM-CWH |
| vs. | ) | **ORDER** |
| TAIZHOU LUXI TOOLDS CO., LTD., | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 15) staying discovery and requiring the parties to file a joint status report or stipulated dismissal by May 8, 2016. To date, the parties have not complied with this order. The parties must file a joint status report or a stipulated dismissal by June 15, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: May 19, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**