# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SATA GMBH & CO. KG,

        Plaintiff,

vs.

TAIZHOU LUXI TOOLDS CO., LTD.,

        Defendant.

Case No. 2:16-cv-02544-JCM-CWH

**ORDER**

This matter is before the court on the parties' failure to comply with the court's minute order (ECF No. 18) requiring the parties to file a joint status report or stipulated dismissal by July 17, 2017. To date, the parties have not complied with this order. The parties must file a joint status report or a stipulated dismissal by September 22, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: August 23, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**